| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gelpi, Gustavo A | 2. Court or Organization<br><br>U.S. District Court for P.R. | 3. Date of Report<br><br>03/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Courthouse, Room CH 151<br>150 Carlos Chardon Ave.<br>San Juan, PR 00918-0483 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self employed (attorney) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Suffolk University | May 20-21, 2006, Suffolk University Law School Commencement, Boston, Massachusetts, (transportation, meals and room) |
| 2. | Federal Bar Association | August 23-27, 2006, Federal Bar Association Annual Convention, Las Vegas, Nevada (transportation, meals and room) |
| 3. | Federal Bar Association | March 16-18, 2006, Federal Bar Association Mid Year Meeting, Washington, D.C. (transportation, meals and room) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

5.



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Santurce Crabbers | Season tickets | $ 800.00 |
| 2. | Bankers Club | Honorary Membership | $ 800.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Graduate Loan Center | Student Loan | J |
| 2. | MBNA America | Line of Credit | K |
| 3. | Caribe Federal Credit Union | Personal Loan | J |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Weatherford Intl. Ltd. New (Bermuda) | A | Interest | J | T | sell | 10/4 | J | A | n/a |
| 2. Smith Barney (mutual fund) | A | Dividend | J | T | n/a | | | | |
| 3. Disney (common stock) | A | Dividend | J | T | n/a | | | | |
| 4. Amazon Com Inc. | A | Dividend | J | T | n/a | | | | |
| 5. Marvel Enterprises (common stock) | A | Dividend | J | T | n/a | | | | |
| 6. John Hancock:variable life policy | A | Interest | J | T | n/a | | | | |
| 7. Banco Popular de P.R. (Educational IRAs) | A | Interest | J | T | | | | | |
| 8. Advent Software Inc. | A | Dividend | J | T | n/a | | | | |
| 9. American Internationl Group | A | Dividend | J | T | sell | 11/20 | J | A | n/a |
| 10. Amgen Inc. | A | Dividend | J | T | n/a | | | | |
| 11. Autodesk Inc. | A | Dividend | J | T | n/a | | | | |
| 12. Biogen Idec Inc. | A | Dividend | J | T | n/a | | | | |
| 13. Cablevision Systems/Cablevision NY Group CLA | A | Dividend | J | T | n/a | | | | |
| 14. Charming Shoppes Inc. | A | Dividend | J | T | n/a | | | | |
| 15. Chiron Corp. Delaware | A | Dividend | J | T | sell | 4/26 | J | A | n/a |
| 16. Cisco Sys. Inc. | A | Dividend | J | T | n/a | | | | |
| 17. Coca-Cola | A | Dividend | J | T | sell | 11/20 | J | A | n/a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Comcast Corp CLA-SPL | A | Dividend | J | T | n/a | | | | |
| 19.   Cree Inc. | A | Dividend | J | T | n/a | | | | |
| 20.   Dell Inc. | A | Dividend | J | T | n/a | | | | |
| 21.   Exxon Mobil Corp. | A | Dividend | J | T | sell | 5/4 | J | A | n/a |
| 22.   Forest Laboratories Inc. | A | Dividend | J | T | n/a | | | | |
| 23.   Genetech | A | Dividend | J | T | n/a | | | | |
| 24.   General Electric Co. | A | Dividend | J | T | n/a | | | | |
| 25.   Genzyme Corp. | A | Dividend | | | n/a | | | | |
| 26.   Procter and Gamble | A | Dividend | J | T | sell | 3/28 | J | A | n/a |
| 27.   Home Depot | A | Dividend | J | T | n/a | | | | |
| 28.   IAC Interactive Corp. | A | Dividend | J | T | n/a | | | | |
| 29.   INTEL Corp. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 30.   Johnson & Johnson | A | Dividend | J | T | sell | 11/20 | J | A | n/a |
| 31.   L3 Communications Hldgs Inc. | A | Dividend | J | T | n/a | | | | |
| 32.   Lehman Brothers Holdings Inc. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 33.   Liberty Media Corp. | A | Dividend | J | T | sell | 5/11 | J | A | n/a |
| 34.   Liberty Media Intl. Inc. | A | Dividend | J | T | n/a | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch & Co. Inc. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 36. Micron Technology Inc. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 37. Microsoft Corp. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 38. Millenniun Pharmaceuticals Inc. | A | Dividend | J | T | n/a | | | | |
| 39. Pall Corp. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |
| 40. Pepsico Inc. | A | Dividend | J | T | n/a | | | | |
| 41. Pfizer Inc. | A | Dividend | J | T | n/a | | | | |
| 42. Sandisk Corp. | A | Dividend | J | T | sell | 11/20 | J | A | n/a |
| 43. Texas Instruments Inc. | A | Dividend | J | T | n/a | | | | |
| 44. Time Warner Inc. | A | Dividend | J | T | n/a | | | | |
| 45. Tyco Intl. Ltd. | A | Dividend | J | T | n/a | | | | |
| 46. Unitedhealth Group Inc. | A | Dividend | J | T | n/a | | | | |
| 47. Walt Disney Coc. | A | Dividend | J | T | sell | 3/28 | J | A | n/a |
| 48. WM Wrigley Jr. Co. | A | Dividend | J | T | n/a | | | | |
| 49. Yahoo Inc. | A | Dividend | J | T | buy | 9/13 | J | | n/a |
| 50. Electric Arts | A | Dividend | J | T | buy | 9/13 | J | | n/a |
| 51. Comcast Corp. | A | Dividend | J | T | sell | 10/4 | J | A | n/a |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Health Group Int. | A | Dividend | J | T | sell | 1/5 | J | A | n/a |
| 53. Bed Bath and Beyond | A | Dividend | J | T | n/a | | | | |
| 54. Anndarko Petroleum | A | Dividend | J | T | buy | 12/21 | J | | n/a |
| 55. Broadcom Corp. | A | Dividend | J | T | buy | 8/18 | J | A | n/a |



| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Page 1 Line 2
Smith Barney Mutual Fund - The specific name of this mutual fund is the Smith Barney Aggressive Group Fund CLA.

Part III

Filer's non-investment income is from U.S. Government salary for services as a U.S. Magistrate-Judge and as of August 1, 2006 as a U.S. District Judge.



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 03/20/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of ~~~~~~~~~~~~~01 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 3 · 21 · 07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gelpi, Gustavo A | 2. Court or Organization<br><br>U.S. District Court for P.R. | 3. Date of Report<br><br>04/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Courthouse, Room CH 151<br>150 Carlos Chardon Ave.<br>San Juan, PR 00918-0483 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 30 A 11: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | self employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Suffolk University | May 20-21, 2006, Suffolk University Law School Commencement, Boston, Massachusetts, (transportation, meals and room) |
| 2. | Federal Bar Association | August 23-27, 2006, Federal Bar Association Annual Convention, Las Vegas, Nevada (transportation, meals and room) |
| 3. | Federal Bar Association | March 16-18, 2006, Federal Bar Association Mid Year Meeting, Washington, D.C. (transportation, meals and room) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

5.



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Santurce Crabbers | Season tickets | $ 800.00 |
| 2. | Bankers Club | Honorary Membership | $ 800.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Graduate Loan Center | Student Loan | J |
| 2. | MBNA America | Line of Credit | K |
| 3. | Caribe Federal Credit Union | Personal Loan | J |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Weatherford Intl. Ltd. New (Bermuda) | A | Interest | J | T | sell | 10/4 | J | A | n/a |
| 2. Smith Barney (mutual fund) | A | Dividend | J | T | n/a | | | | |
| 3. Disney (common stock) | A | Dividend | J | T | n/a | | | | |
| 4. Amazon Com Inc. | A | Dividend | J | T | n/a | | | | |
| 5. Marvel Enterprises (common stock) | A | Dividend | J | T | n/a | | | | |
| 6. John Hancock:variable life policy | A | Interest | J | T | n/a | | | | |
| . Banco Popular de P.R. (Educational IRAs) | A | Interest | J | T | | | | | |
| 8. Advent Software Inc. | A | Dividend | J | T | n/a | | | | |
| 9. American Internationl Group | A | Dividend | J | T | sell partial | 11/20 | J | A | n/a |
| 10. Amgen Inc. | A | Dividend | J | T | n/a | | | | |
| 11. Autodesk Inc. | A | Dividend | J | T | n/a | | | | |
| 12. Biogen Idec Inc. | A | Dividend | J | T | n/a | | | | |
| 13. Cablevision Systems/Cablevision NY Group CLA | A | Dividend | J | T | n/a | | | | |
| 14. Charming Shoppes Inc. | A | Dividend | J | T | n/a | | | | |
| 15. Chiron Corp. Delaware | A | Dividend | J | T | sell | 4/26 | J | A | n/a |
| 16. Cisco Sys. Inc. | A | Dividend | J | T | n/a | | | | |
| 17. Coca-Cola | A | Dividend | J | T | sell partial | 11/20 | J | A | n/a |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B=$1,001 - $2,500<br>G=$100,001 - $1,000,000 | C=$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K=$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Comcast Corp CLA-SPL | A | Dividend | J | T | n/a | | | | |
| 19.   Cree Inc. | A | Dividend | J | T | n/a | | | | |
| 20.   Dell Inc. | A | Dividend | J | T | n/a | | | | |
| 21.   Exxon Mobil Corp. | A | Dividend | J | T | sell | 5/4 | J | A | n/a |
| 22.   Forest Laboratories Inc. | A | Dividend | J | T | n/a | | | | |
| 23.   Genetech | A | Dividend | J | T | n/a | | | | |
| 24.   General Electric Co. | A | Dividend | J | T | n/a | | | | |
| 25.   Genzyme Corp. | A | Dividend | J | T | n/a | | | | |
| 26.   Procter and Gamble | A | Dividend | J | T | sell partial | 3/28 | J | A | n/a |
| 27.   Home Depot | A | Dividend | J | T | n/a | | | | |
| 28.   IAC Interactive Corp. | A | Dividend | J | T | n/a | | | | |
| 29.   INTEL Corp. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 30.   Johnson & Johnson | A | Dividend | J | T | sell partial | 11/20 | J | A | n/a |
| 31.   L3 Communications Hldgs Inc. | A | Dividend | J | T | n/a | | | | |
| 32.   Lehman Brothers Holdings Inc. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 33.   Liberty Media Corp. | A | Dividend | J | T | sell partial | 5/11 | J | A | n/a |
| 34.   Liberty Media Intl. Inc. | A | Dividend | J | T | n/a | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch & Co. Inc. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 36. Micron Technology Inc. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 37. Microsoft Corp. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 38. Millenniun Pharmaceuticals Inc. | A | Dividend | J | T | n/a | | | | |
| 39. Pall Corp. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |
| 40. Pepsico Inc. | A | Dividend | J | T | n/a | | | | |
| 41. Pfizer Inc. | A | Dividend | J | T | n/a | | | | |
| 42. Sandisk Corp. | A | Dividend | J | T | sell partial | 11/20 | J | A | n/a |
| 43. Texas Instruments Inc. | A | Dividend | J | T | n/a | | | | |
| 44. Time Warner Inc. | A | Dividend | J | T | n/a | | | | |
| 45. Tyco Intl. Ltd. | A | Dividend | J | T | n/a | | | | |
| 46. Unitedhealth Group Inc. | A | Dividend | J | T | n/a | | | | |
| 47. Walt Disney Coc. | A | Dividend | J | T | sell | 3/28 | J | A | n/a |
| 48. WM Wrigley Jr. Co. | A | Dividend | J | T | n/a | | | | |
| 49. Yahoo Inc. | A | Dividend | J | T | buy | 9/13 | J | | n/a |
| 50. Electric Arts | A | Dividend | J | T | buy | 9/13 | J | | n/a |
| 51. Comecast Corp. | A | Dividend | J | T | sell partial | 10/4 | J | A | n/a |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. United Health Group Int. | A | Dividend | J | T | sell partial | 1/5 | J | A | n/a |
| 53. Bed Bath and Beyond | A | Dividend | J | T | n/a | | | | |
| 54. Anndarko Petroleum | A | Dividend | J | T | buy | 12/21 | J | | n/a |
| 55. Broadcom Corp. | A | Dividend | J | T | buy | 8/18 | J | A | n/a |



| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII Page 1 Line 2
Smith Barney Mutual Fund - The specific name of this mutual fund is the Smith Barney Aggressive Group Fund CLA.

Part III

Filer's non-investment income is from U.S. Government salary for services as a U.S. Magistrate-Judge and as of August 1, 2006 as a U.S. District Judge.

Part VII - Line 25 (D)(1).
The information provided in my 2005 financial report regarding Genzyme Corp. should have read "partial sell" rather than "sell".



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 ~~~~~~ d Judicial Conference regulations.

Signature_____  Date_____ 4 . 23 . 07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544